**\*E-FILED 9-20-2011\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL MADRIGAL, | ) | No. C 10-05747 JF (PR) |
| | ) | |
| Petitioner, | ) | ORDER GRANTING MOTION FOR |
| | ) | SECOND EXTENSION OF TIME TO |
| v. | ) | FILE OPPOSITION |
| | ) | |
| R. GROUNDS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | (Docket No. 8) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed a motion to dismiss the petition on June 27, 2011. (Docket No. 5.) Petitioner has filed a motion for a second extension of time to file an opposition. (Docket No. 8.) Good cause appearing, Petitioner's motion is GRANTED, such that his opposition to Respondent's motion to dismiss shall be filed **no later than October 25, 2011**.

This order terminates Docket No. 8.

DATED: \_9/19/11_____

_____
JEREMY FOGEL
United States District Judge

Order Granting Motion for Second Extension of Time to File Opposition
P:\PRO-SE\SJ.JF\HC.10\Madrigal05747_2d-eot-oppo.wpd    1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MANUAL MADRIGAL,

        Petitioner,

v.

R. GROUNDS, Warden,

        Respondent.

Case Number: CV10-05747 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Manuel Madrigal E-68322
Correctional Training Facility
P.O. Box 689
Soledad, CA 63960

Dated: _____

                                  Richard W. Wieking, Clerk