IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MADRIGAL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>R. GROUNDS, Warden,<br><br>　　　　　Respondent.<br>_____ | No.  C 10-05747 JF (PR)<br><br>ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION<br><br><br><br>(Docket No. 8) |

　　　Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Respondent filed a motion to dismiss the petition on June 27, 2011.  (Docket No. 5.)  Petitioner has filed a motion for a second extension of time to file an opposition.  (Docket No. 8.)  Good cause appearing, Petitioner's motion is GRANTED, such that his opposition to Respondent's motion to dismiss shall be filed **no later than October 25, 2011**.

　　　This order terminates Docket No. 8.

DATED:  _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Motion for Second Extension of Time to File Opposition
P:\PRO-SE\SJ.JF\HC.10\Madrigal05747_2d-eot-oppo.wpd　　　1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MANUAL MADRIGAL,

        Petitioner,

v.

R. GROUNDS, Warden,

        Respondent.

Case Number: CV10-05747 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Manuel Madrigal E-68322
Correctional Training Facility
P.O. Box 689
Soledad, CA 63960

Dated: _____

Richard W. Wieking, Clerk